No. 89-1339. ACKLEY, DBA VILLAGE SQUARE CHEVRON, ET AL. *v.* GULF OIL CORP. ET AL. C. A. 2d Cir. Certiorari denied.

No. 89-1340. WASHBURN *v.* SHEEDY. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 89-1341. RAMIREZ *v.* TRANSAMERICAN NATURAL GAS CORP. ET AL. C. A. 5th Cir. Certiorari denied.

No. 89-1348. CLAYTON, A MINOR, BY CLAYTON, HIS NEXT FRIEND, ET AL. *v.* PLACE ET AL. C. A. 8th Cir. Certiorari denied.

No. 89-1350. FRAGANTE *v.* CITY AND COUNTY OF HONOLULU ET AL. C. A. 9th Cir. Certiorari denied.

No. 89-1351. CARAMADRE *v.* FULCOMER, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT HUNTINGDON, ET AL. C. A. 3d Cir. Certiorari denied.

No. 89-1352. HASS *v.* OREGON STATE BAR. C. A. 9th Cir. Certiorari denied.

No. 89-1354. MAXWELL *v.* GOODWIN ET AL. C. A. 4th Cir. Certiorari denied.

No. 89-1355. BAUM, INDIVIDUALLY AND AS EXECUTOR OF THE ESTATE OF BAUM, ET AL. *v.* EGAN ET UX. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 89-1356. STANKO *v.* GIOVE. C. A. 8th Cir. Certiorari denied.

No. 89-1358. KALOA ET AL. *v.* NATIVE VILLAGE OF TYONEK ET AL. C. A. 9th Cir. Certiorari denied.

No. 89-1359. HILL RESOURCES, INC. *v.* CUESTA ENERGY CORP. C. A. 10th Cir. Certiorari denied.

No. 89-1362. WASHINGTON MILLS ELECTRO MINERALS CORP. ET AL. *v.* DELONG EQUIPMENT CO. C. A. 11th Cir. Certiorari denied.